# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS ZUPKO AND ARLETTE ZUPKO, HIS WIFE

       v.

ESTATE OF ELIZABETH MOLNAR, A/K/A ELIZABETH GATZ, DECEASED, EDWARD D. GATZ, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ELIZABETH MOLNAR, STEPHEN BARBICH, JOHN MOLNAR, DAVID GATZ, SOPHIE GATZ, PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES F/K/A PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, LACKAWANNA COUNTY TAX CLAIM BUREAU, OLD FORGE BOROUGH, THEIR AND EACH OF THEIR DEVISEES, ASSIGNS AND ANY AND ALL PARTIES CLAIMING RIGHT, TITLE OR INTEREST FROM OR THROUGH THEM

PETITION OF: THOMAS M. GATZ

: No. 505 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.